1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

APR 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14

CR07-1213-12-MMM

15    UNITED STATES OF AMERICA,    )
16          Plaintiff,    )    ORDER OF DETENTION AFTER
                          )    HEARING (Fed.R.Crim.P. 32.1(a)(6)
17          v.            )    Allegations of Violations of Probation
                          )    Supervised Release)
18    Joseph McDonald     )    Conditions of Release)
                          )
19          Defendant.    )
      _____ )
20          On arrest warrant issued by a United States District Court involving alleged
21    violations of conditions of probation or Supervised Release,
22          The court finds no condition or combination of conditions that will
23    reasonably assure:
24          (A)   (✓)   the appearance of defendant as required; and/or
25          (B)   ( )   the safety of any person or the community.
26    //
27    //
28

The court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Deft. can comply_

_by court order_

_____

_____

(B)  ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _4/29/14_

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2